1  Brian K. Harris, Esq.
   Nevada Bar No. 7737
2  **HARRIS & HARRIS INJURY LAWYERS**
   1645 Village Center Circle, Suite 60
3  Las Vegas, Nevada 89134
   Phone (702) 384-1414
4  Fax: (702) 880-4528
   E-Mail: brian@harrislawyers.com
5  *Attorneys for Plaintiff*

6
                    **UNITED STATES DISTRICT COURT**
7                       **DISTRICT OF NEVADA**

8  Alexis Wakefield,
                                              Case No. 2:22-cv-00402
9            Plaintiff,
        v.
10                                            **Stipulation For Continuance of**
   Jessica Saldana and Ronnie J. Saldana; DOES    **Trial Date**
11 1 through 10; ROE CORPORATIONS 11          **(First Request)**
   through 20, inclusive,
12
             Defendant.
13

14        The above-named parties, by and through their respective counsel of records, hereby

15 submit the following STIPULATION FOR CONTINUANCE OF TRIAL DATE (First

16 Request).

17        Pursuant to LR IA 6-1 This is the first stipulation to continue the trial date of the

18 above captioned matter.

19        I.      Reasons for Extension

20        Due to the unavailability of the trial judge, Judge Navarro, and the unavailability of the

21 Defendants for the trial date of June 17, 2024.

22        The parties have agreed to seek a short continuance of the trial.

23        As such, the parties request that the trial currently scheduled to begin on June 17, 2024, be

24 continued for a date in November 2024.

25 ///

26 ///

27 ///

28 ///

Respectfully submitted this _____ day of April, 2024.

HARRIS & HARRIS LAWYERS

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

/s/Brian K. Harris
Brian K. Harris, Esq.
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
*Attorneys for Plaintiff Alexis Wakefield*

/s/Michael A. Pintar
Michael A. Pintar, Esq.
201 W. Liberty Street, Suite 320
Reno, Nevada 89501
*Attorneys for Defendant Jessica & Ronnie Saldana*

This case is set for Jury Trial on the      stacked calendar on  11/4/24 at 8:30 a.m.

Calendar call will be held on  10/29/24 at 9:00 a.m.      .

**IT IS SO ORDERED:**

DATED this  30  day of      April      , 2024.

_____
**UNITED STATES DISTRICT JUDGE**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this ___30th___ day of April, 2024, a true and correct copy of Stipulation For Continuance of Trial Date (First Request) was served via the United States District Court CM/ECF system on all parties or persons requiring notice.


By_Melissa Suitor_____
    Melissa Suitor, an Employee of
    HARRIS & HARRIS INJURY LAWYERS

3