McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Michael A. Pintar
Nevada Bar No. 3789
*michael.pintar@mccormickbarstow.com*
241 Ridge Street, Suite 300
Reno, Nevada 89501
Telephone:    (775) 333-0400
Facsimile:     (775) 333-0412

Attorneys for Defendants,
Jessica Saldana, Ronnie J. Saldana

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS WAKEFIELD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JESSICA SALDANA, RONNIE J. SALDANA,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00402-GMN-MDC<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
241 Ridge Street, Suite 300
Reno, NV 89501

Case No. 2:22-cv-00402-GMN-MDC

IT IS HEREBY STIPULATED by Plaintiff ALEXIS WAKEFIELD, by and through her counsel of record, and Defendants JESSICA SALDANA, RONNIE J. SALDANA, by and through their counsel of record that the above-entitled matter be dismissed with prejudice against Defendants JESSICA SALDANA, RONNIE J. SALDANA, the parties to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED this 1 day of October, 2024

HARRIS & HARRIS INJURY LAWYERS

By /s/
Brian K. Harris, Nevada Bar No. 7737
Christian N. Griffin, Nevada Bar No. 10601
1645 Village Center Circle, Suite 60
Las Vegas, NV 89134
(702) 384-1414
Attorneys for Plaintiff

DATED this 30th day of October, 2024

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By /s/Michael A. Pintar
Michael A. Pintar
Nevada Bar No. 3789
201 W. Liberty Street, Suite 320
Reno, Nevada 89501
Tel. (775) 333-0400
Attorneys for Defendants,
Jessica Saldana, Ronnie J. Saldana

## ORDER

**IT IS SO ORDERED.**

DATED this 30 day of September, 2024

By _____
UNITED STATES DISTRICT JUDGE

088171-000013 10205821.1